UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DOROTHY MORRIS, | Case No. 07-10578 |
| Plaintiff, | DISTRICT JUDGE<br>ARTHUR J. TARNOW |
| v. | |
| CORRECTIONAL MEDICAL<br>SERVICES, ET AL., | MAGISTRATE JUDGE<br>PAUL KOMIVES |
| Defendant. | |
| _____/ | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [68] AND DENYING DEFENDANT CMS'S RENEWED MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT [62]

On February 1, 2010, Magistrate Judge Komives issued a Report and Recommendation [68] that Defendant CMS's Renewed Motion to Dismiss and/or for Summary Judgment [62] be denied.

Neither party filed an objection to the Report and Recommendation.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant CMS's Renewed Motion to Dismiss and/or for Summary Judgment [62] is **DENIED.**

**SO ORDERED.**

			S/ARTHUR J. TARNOW
			Arthur J. Tarnow
			United States District Judge

Dated:  February 24, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 24, 2010, by electronic and/or ordinary mail.

			S/LISA M. WARE
			Case Manager